# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 20-18840 |
| MOHAMMED G. KHAN | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | **Hearing Date: November 30, 2021** |
| | ) | **Hearing Time: 1:00 PM** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on November 9, 2021, I caused a copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** [Dkt. 31]; and the **Trustee's Application for Compensation and Expenses** [Dkt. 30], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

Dated: November 9, 2021

**N. NEVILLE REID, not individually, but solely in his capacity as the chapter 7 trustee for the bankruptcy estate of Mohammed G. Khan**

By: _/s/ N. Neville Reid_

N. Neville Reid (ARDC #6195837)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fax:  312.224.1201

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Anthony J Peraica
peraicalaw@aol.com

Monica C O'Brien
gstern1@flash.net

Rachel S Sandler
rachel@gregstern.com

Gregory K Stern
greg@gregstern.com

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

| | |
|---|---|
| Mohammed G. Khan<br>2036 W. Morse Avenue<br>Unit C<br>Chicago, IL 60645 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 |
| Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>PO Box 7999<br>Saint Cloud MN 56302-9617 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Suite 740<br>Santa Ana, CA 92701 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| Portfolio Recovery Associates, LLC<br>c/o AMEX | Portfolio Recovery Associates, LLC<br>c/o FIFTH THIRD BANK |

4265102 v1 - 07939 / 001

| POB 41067<br>Norfolk, VA 23541 | POB 41067<br>Norfolk, VA 23541 |
|---|---|
| Portfolio Recovery Associates, LLC<br>c/o BEST BUY<br>POB 41067<br>Norfolk, VA 23541 | |

3

4265102 v1 - 07939 / 001